In the matter of the petition of William W. FARLEY, as State Commissioner of Excise, respondent, v. Francesco FRANZESE, appellant. (Supreme Court, Appellate Division, Second Department. November 19, 1915.) Order affirmed, with $10 costs and disbursements. No opinion. Jenks, P. J., and Carr, Stapleton, and Putnam, JJ., concur.

John FARRELL, Applt., v. Wm. H. ARCHIBALD, Respt. (Supreme Court, Appellate Division, First Department. May 26, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

John FARSON et al., as Committee, etc., and ano., Respts., v. CROISIC REALTY CO., Impld., etc., Applt. (Supreme Court, Appellate Division, First Department. June 9, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

John FARSON et al., Plffs., v. CROISIC REALTY CO., Impld., etc., Respt., and Robert H. Montgomery, as Receiver, Applt. (Supreme Court, Appellate Division, First Department. June 9, 1916.) Appeal dismissed, with $10 costs and disbursements to respondent payable by the appellant personally. No opinion. Order filed.

John FARSON et al., as a Committee, etc., et al., Respts., v. NEW YORK COUNTY NATIONAL BANK, Applt. (Supreme Court, Appellate Division, First Department. June 16, 1916.) Order affirmed, with $10 costs and disbursements, with leave to defendant to withdraw demurrer and to answer on payment of costs in this court and in the court below. No opinion. Order filed.

Frederick FARTHING, appellant, v. Louis H. STROUSE, respondent, and Marion Strouse, defendant. (Supreme Court, Appellate Division, Second Department. June 23, 1916.) Motion denied, without costs.

Nathan FEDELMAN, appellant, v. ST. DEAN REALTY COMPANY, respondent. (Supreme Court, Appellate Division, Second Department. June 23, 1916.) Judgment and order unanimously affirmed, with costs. No opinion.

William F. FEECK, as administrator of the goods, chattels, and credits of William B. Bartholomew, respt., v. DELAWARE & HUDSON COMPANY and New York Central Railroad Company, as successor, etc., of New York Central & Hudson River Railroad Company, applt. (Supreme Court, Appellate Division, Third Department. June 30, 1916.) Motion for reargument denied.

Anna FENN, plaintiff, v. Marie KIRSTEIN, defendant. (Supreme Court, Appellate Division, Second Department. June 23, 1916.) Motion for stay denied, unless within 10 days defendant execute the two bonds and mortgage required by the judgment, and deposit sam with the clerk of Kings county, also give a undertaking of $500 under Code, §§ 1326 an 1352, to perfect her appeal, in which case th defendant will be discharged from custody.

Max FERTIG, Respt., v. Henry C. STURG ES, Applt. (Supreme Court, Appellate Di vision, First Department. May 12, 1916.) Or der reversed, with $10 costs and disbursements and motion granted, with $10 costs. N opinion. Order filed.

Emil FICK, Jr., an infant, etc., et al., ap pellants, v. NEW YORK & LONG ISLAN1 TRACTION COMPANY, defendant, and Jame P. Kohler, respondent. (Supreme Court, Ap pellate Division, Second Department. Jun 9, 1916.) Order modified, so as to make th stipulation required by it to be for $50 and re spondent's actual disbursements in each ac tion, instead of 20 per cent. of the recovery o settlement, and to give him a lien to that amoun upon each cause of action, and, as so modified affirmed. We make this disposition of the ap peal upon the ground that the person who pro cured from the plaintiff the retainers failed to reveal to the plaintiff his connection with respondent, and that therefore plaintiff should be relieved from such retainer; but, as it does not appear that respondent was a participant in such action, we think he should be allowed the fair value of his actual services and dis bursements to the making of the motion, and we fix the value of the services at $150, or $50 in each case. Leave is granted to him, upor the settlement of the order here, to file an af fidavit showing such actual disbursements copy of such affidavit to be served upon the op posing attorney with the notice of settlement Jenks, P. J., and Thomas, Carr, Mills, and Rich, JJ., concur.

FINANCE OIL CO. and one, respts., v. John L. SNYDER, impleaded, etc., applt. (Supreme Court, Appellate Division, Fourth Department April 19, 1916.) Judgment affirmed with costs. All concur, Lambert, J., not sitting.

Hyman FINESTONE and one, applts., v. Melvin KILEY, respt., impleaded with Charles Hyman. (Supreme Court, Appellate Division. Fourth Department. May 26, 1916.) Judgment and orders affirmed with costs. All concur.

J. Albert FISH v. Adrian ISELIN, Jr. (Supreme Court, Appellate Division, First Department. June 23, 1916.) Motion granted; question certified. Order filed.

J. Albert FISH v. Frank A. VANDERLIP. (Supreme Court, Appellate Division, First Department. May 26, 1916.) Motion denied. Order filed.

Robert Lee FISHER, Applt., v. Florence E. FISHER, Respt. (Supreme Court, Appellate Division, First Department. May 26, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.